# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 04 C 50474 | **DATE** | 1/9/2006 |
| **CASE TITLE** | Olson vs. Cutler, et al | | |

**DOCKET ENTRY TEXT:**

For the reasons stated on the attached Memorandum Opinion and Order, Plaintiff's December 2, 2005 Rule 35 and 37 Motions are denied.

■ [ For further detail see separate order(s).]   Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | AM |
|---|---|---|